IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1025-ZLW-BNB

DALE ASMUSSEN,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT RE3-J,
MARVIN WADE, in his official capacity, and
CYNDI LOVELL, in her official and individual capacity,

    Defendants.

## ORDER OF DISMISSAL AS TO CERTAIN CLAIMS AND DEFENDANT

    This matter was before the Court on October 27, 2005, for oral argument on Defendants' Motion For Summary Judgment.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that Defendants' Motion For Summary Judgment is granted as to Claims 1, 2, and 4, and said claims are dismissed.  It is

    FURTHER ORDERED that the motion is granted in part and denied in part as to Claim 3.  It is

    FURTHER ORDERED that the motion is granted as to Claim 3 as against Defendant Weld County School District RE3-J, and said portion of Claim 3 is dismissed.  It is

FURTHER ORDERED the motion is denied as to Claim 3 as against Defendants Marvin Wade and Cyndi Lovell.  It is

FURTHER ORDERED that the Second Amended Complaint and cause of action are dismissed as to Defendant Weld County School District RE3-J, and the caption shall be amended to reflect the dismissal of said Defendant.

DATED at Denver, Colorado, this   1   day of November, 2005.

BY THE COURT:


s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court