IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01025-ZLW-BNB

DALE ASMUSSEN,

Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT RE3-J,
MARVIN WADE, in his individual capacity, and
CYNDI LOVELL, in her individual capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion for Extension of Time to File Objections to Exhibits** (the "Motion"), filed on November 18, 2005.

IT IS ORDERED that the Motion is GRANTED and the parties shall file their respective objections to the exhibit lists on or before **November 28, 2005**.


DATED:  November 22, 2005