IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-1025-ZLW-BNB

DALE ASMUSSEN,

      Plaintiff,

v.

MARVIN WADE, in his official capacity, and
CYNDI LOVELL, in her official and individual capacity,

      Defendants.
_____

ORDER
_____

      The matter before the Court is a Joint Status Report And Motion To Vacate Trial, advising the Court that this case has settled. In consideration thereof, it is

      ORDERED that the Motion To Vacate Trial is granted. It is

      FURTHER ORDERED that the trial preparation conference set on June 22, 2006, at 2:00 p.m. and the trial set on July 10, 2006, at 10:30 a.m. are vacated. It is

      FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

      FURTHER ORDERED that settlement papers shall be filed on or before June 21, 2006. If by that date settlement papers have not been received by the Court, on June 28, 2006, the case will be dismissed without prejudice.

      Dated at Denver, Colorado, this __7__ day of June, 2006.

                                    BY THE COURT:

                                    *Zita L. Weinshienk*

                                    ZITA L. WEINSHIENK, Senior Judge
                                    United States District Court