IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1025-ZLW-BNB

DALE ASMUSSEN,

    Plaintiff,

v.

MARVIN WADE, in his official capacity, and
CYNDI LOVELL, in her official and individual capacity,

    Defendants.

_____

### ORDER OF DISMISSAL
_____

The matter before the Court is a Stipulated Motion To Dismiss With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the Stipulated Motion To Dismiss With Prejudice is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.

Dated at Denver, Colorado, this   5   day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court